IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-120-BO

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| WILLIAMS ARZOLA | : |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement entered into by the defendant, Williams Arzola, on June 8, 2010, the following property is hereby forfeitable pursuant to 18 U.S.C. § 1028(b)(5), to wit:

    a. A Toshiba Laptop Model #PSAA8U-02000U, S/N 36078896Q;

    b. A Toshiba Laptop Model #PSLD8U-00G001, S/N 98337142Q;

    c. A Compaq Presario Computer Model #CNN61507XL;

    d. A Compaq Computer Series 3443, S/N R842BXVC6213;

    e. An IBM Computer Model 25U, S/N KARATP6;

    f. A Dell Dimension 8100 Computer Model #MMP, S/N 6ZXMP01;

    g. Three power cords;

    h. A Sales order book;

    i. One bag of seven miscellaneous documents; and

    j. 25 counterfeit identification documents.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and other information of record as to the defendant, William Arzola, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). As allowed by Fed. R. Crim. P. 32.2(b)(3), this Order is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

5. All other property seized from Defendant Arzola and listed in the April 20, 2010 Criminal Information are hereby released from this criminal forfeiture action.

SO ORDERED. This 31 day of July, 2010.

TERRENCE W. BOYLE
United States District Judge

N:\BHartley\afcrim.dir\Arzola Preliminary Order of Forfeiture.wpd