UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF NORTH CAROLINA  
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                   Crim. No. 5:10-CR-120-1BO

WILLIAMS ARZOLA

On July 6, 2011, the above named was placed on probation for a period of 48 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton  
Robert L. Thornton  
Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___22___ day of __October__, 2013.

Terrence W. Boyle  
U.S. District Judge